## BOWLES VS. PAGE.

*Approval of bond on appeal by county judge—Secs. 23 and 25, ch. 117, R. S.*

20    309
111   1580

1. Section 23, ch. 117, R. S., which requires the approval of the county judge to be indorsed with his signature upon any bond required by law to be given to him, before the same shall be deemed sufficient, relates to those bonds in which such judge is obligee, and not to an appeal bond given to the adverse party under sec. 25 of that chapter.

2. Where no exception is taken by the adverse party to the sufficiency of the sureties in such appeal bond, and the county judge receives the bond without objection and places it with the appeal papers, this will be regarded as a sufficient approval under said section 25.

APPEAL from the Circuit Court for *Milwaukee* County.

This appeal was taken by the defendant from an order of the circuit court dismissing an appeal to it from the county court of said county. The question involved is stated sufficiently in the opinion.

*Thos. M. Knox,* for appellant, to the point that the words "to be given to the judge of the county court," found in sec. 23, ch. 117, R. S., describe bonds in which he is named as obligee, cited secs. 18, 20, 46, 50 and 56, ch. 94; sec. 6, ch. 96; secs. 2 and 7, ch. 98; secs. 4 and 8, ch. 99; secs. 4 and 23, ch. 103; sec. 1, ch. 104; secs. 8, 16 and 36, ch. 112.

*W. E. Webster* and *Paine & Co., contra.*

[No brief on file.]

COLE, J. The only ground relied on in this court to sustain the order made in the court below, dismissing the appeal, is that the bond was never approved by the county judge, nor his approval thereon indorsed in writing within sixty days, as required by section 23, ch. 117, R. S. It is claimed that this provision requires that the bond given on appeal from an order or judgment of the county court shall be examined and approved by the county judge, and his approval thereof indorsed thereon in writing and signed by such judge, otherwise the bond is not good. Section 23, however, we think, relates to those bonds which are given to the county judge, or in which he is named as obligee, and does not refer to the appeal bond given the adverse party under section 25 of this chapter. In many cases the statutes require that bonds given by executors, administrators and guardians shall be given to the judge of the county court; and in those cases the bonds undoubtedly must be examined and approved by the county judge, and his approval should be indorsed thereon in writing, and signed by him. These formalities in the execution of this class of bonds are doubtless intended to protect the interests of third persons whose names do not appear in those instruments. Hence the reason for requiring that these bonds, given to the county judge as obligee for the benefit of others, should be approved by him as required by section 23. But the appeal bond given under section 25 runs to the adverse party, who can except to the sufficiency of the sureties, if they are not considered re-

sponsible. And when no exception is taken by the adverse party to the sufficiency of the sureties, and the county judge receives the appeal bond without objection, and places it with the appeal papers, this will be regarded as a sufficient approval under section 25.

*By the Court.*—The order of the circuit court dismissing the appeal is reversed, and the cause remanded for further proceedings according to law.